WALTER YUCIUS, complainant-appellant,

*v.*

JOSEPH GOODLICH, defendant-respondent.

[Submitted October term, 1935.   Decided January 31st, 1936.]

*Mr. Perry E. Belfatto,* for the complainant-appellant.

*Mr. Russell E. Greco,* for the defendant-respondent.

PER CURIAM.

It is our opinion that the decree appealed from should be affirmed.   That will be the order.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   12.

*For reversal*—None.